710

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

46 So.2d 865

**S. C. (alias Collins, alias Cotton) ROPER v. STATE.**

6 Div. 885.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Jefferson County; Robt. J. Wheeler, Judge.

Buying, receiving, or concealing stolen property.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

49 So.2d 927

**James RUSSELL v. STATE.**

6 Div. 35.

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Affirmed.

46 So.2d 865

**Virgil SALLY, alias Sallie, alias Solley v. STATE.**

6 Div. 946.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Forgery, second degree.

HARWOOD, Judge.
Affirmed.

46 So.2d 866

**David SANDERS v. STATE.**

4 Div. 133.

Court of Appeals of Alabama.
April 11, 1950.

Appeal from Circuit Court, Russell County; Julius B. Hicks, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

46 So.2d 866

**C. W. (alias Claud W.) SANDERS v. STATE.**

6 Div. 989.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; Reuben H. Wright, Judge.

Leaving scene of accident.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

47 So.2d 925

**Louise SANDERS v. STATE.**

6 Div. 922.

Court of Appeals of Alabama.
May 9, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Assault to murder.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

44 So.2d 922

#### Bruce SANDY v. STATE.
#### 8 Div. 805.

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

46 So.2d 862

#### Archie Lando (alias Lendo) SANFORD v. STATE.
#### 6 Div. 951.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Attempt to distill.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

44 So.2d 38

#### Sam J. SANFORD v. STATE.
#### 6 Div. 878.

Court of Appeals of Alabama.
Dec. 20, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

46 So.2d 866

#### Sam J. SANFORD v. STATE.
#### 6 Div. 923.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

44 So.2d 39

#### Raymond E. SAVAGE v. STATE.
#### 6 Div. 868.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

47 So.2d 925

#### Newell Ray SETLIFF v. STATE.
#### 6 Div. 884.

Court of Appeals of Alabama.
June 6, 1950.

Appeal from Circuit Court, Jefferson County; Alta L. King, Judge.